**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-1038 - RPM

UNITED STATES OF AMERICA FOR THE USE OF IES COMMERCIAL, INC.,

    Plaintiff,

v.

FEDERAL CONTRACTING, INC. d/b/a BRYAN CONSTRUCTION, INC. and WESTERN SURETY COMPANY,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO STAY PENDING ARBITRATION AND TO COMPEL ARBITRATION**
_____

    THIS MATTER is before the Court on Defendants Federal Contracting, Inc. d/b/a Bryan Construction, Inc. ("Bryan") and Western Surety Company ("Western," and together with Bryan, the "Defendants") Unopposed Motion to Compel Arbitration and for Stay Pending Arbitration (the "Motion"), and the Court having reviewed the Motion and otherwise being advised in the premises;

    ORDERS that the Motion is Granted. The Court stays all claims in this matter pending arbitration between Plaintiff IES Commercial, Inc. ("IES") and Bryan. The Court further ORDERS that IES shall arbitrate all its claims against Bryan.

    DATED this 11th day of June, 2014.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge