IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01038-RPM

UNITED STATES OF AMERICA FOR THE USE OF IES COMMERCIAL, INC.,

    Plaintiff,

v.

FEDERAL CONTRACTING, INC., d/b/a BRYAN CONSTRUCTION, INC. and WESTERN SURETY COMPANY,

    Defendants.

_____

ORDER FOR STATUS REPORT
_____

    On June 11, 2014, this Court entered an order staying this matter pending arbitration. Nothing further has been filed and it is now

    ORDERED that counsel shall file a status report on or before January 14, 2015.

    DATED: January 7th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge